UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANTONIO D. PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> GHG HOLDINGS, LLC, <br><br> Defendant. | CASE NO. 1:25-CV-685-HAB-ALT |

## OPINION AND ORDER

Antonio Perez, without a lawyer, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to prepay the filing fee. For these reasons, the Court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF No. 2);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendant(s) at: 801 Northcrest Plaza, Fort Wayne, IN 46802, and 173 Whippoorwill Road, Hillsdale, NY 12529, with a copy of this order and the complaint.

**SO ORDERED** this 23rd day of December 2025.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT